# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00180-JAD-PAL |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR KALEB LOUIS (ID#) 02902497 |
| vs. | |
| KALEB LOUIS, Aka: "Kay Lou" | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **KALEB LOUIS** before the United States District Court at Las Vegas, Nevada, on or about **Tuesday, July 11, 2017, Courtroom 3A, GWF**, for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 26, 2017

_____
UNITED STATES MAGISTRATE JUDGE

STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
Kilby Macfadden
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kilby.macfadden@usdoj.gov
Representing the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00180-JAD-PAL |
| Plaintiff, | AMENDED PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR KALEB LOUIS |
| vs. | (ID#) 02902497 |
| KALEB LOUIS, Aka: "Kay Lou" | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **KALEB LOUIS**, is committed by due process of law in the custody of the Major John Martin, Harris County Jail, Houston, Texas, that it is necessary that the said **KALEB LOUIS** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **KALEB LOUIS** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on **Tuesday, July 11, 2017, Courtroom 3A, GWF**, for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **KALEB LOUIS** before the United States District Court on or about **Tuesday, July 11, 2017, Courtroom 3A, GWF**, for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Major John Martin, Harris County Jail, Houston, Texas, and to the United States Marshal for the District of Nevada, commanding them to produce the said **KALEB LOUIS** before the United States District Court on or about **Tuesday, July 11, 2017, Courtroom 3A, GWF**, for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Major John Martin, Harris County Jail, Houston, Texas.

DATED this 26 day of June, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

_____
KILBY MACFADDEN
Assistant United States Attorney