Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
Kaleb Louis

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>KALEB LOUIS<br>　　　　Defendant. | CASE NO.: 2:17-cr-00180<br><br>FIRST STIPULATION TO CONTINUE TIME FOR SENTENCING |

### STIPULATION TO CONTINUE TIME FOR SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, Maysoun Fletcher, Esq., counsel for defendant KALEB LOUIS, that the Sentencing Hearing currently set for July 16, 2018 at 11:00 a.m. be vacated and reset thirty (30) days.

This Stipulation is entered into for the following reasons:

1. This is the first request for a continuance.

2. The defendant does not object to the continuance.

3. The Plea Agreement between the United States and Kaleb Louis allows for a 2 point reduction in the total offense level if at least 8 defendants change their plea to guilty and are pending sentencing, a 3 point reduction if at least 11 defendants change their plea to guilty, and a 4 point reduction if at least 14 defendants change their plea to guilty.

4. At the time of preparing this Stipulation, at least 6 defendants have changed their plea to guilty and it is anticipated that another 2 or more will change their plea to guilty in the upcoming 30 days.

5. To secure the benefit of the minimum 2 point reduction contemplated in the Plea Agreement, the parties are seeking to continue sentencing 30 days.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For the above-stated reasons, the ends of justice would best be served by a continuance of the current sentencing hearing (30) days.

DATED: July 2, 2018.

| /s/ Richard Anthony Lopez | /s/ Maysoun Fletcher |
| RICHARD ANTHONY LOPEZ, ESQ. | MAYSOUN FLETCHER, ESQ. |
| Assistant United States Attorney | Attorney for Defendant, Kaleb Louis |

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
KALEB LOUIS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>KALEB LOUIS,<br>    Defendant. | CASE NO.: 2:17-cr-00180 |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. This is the first request for a continuance.

2. The defendant does not object to the continuance.

3. The Plea Agreement between the United States and Kaleb Louis allows for a 2 point reduction in the total offense level if at least 8 defendants change their plea to guilty and are pending sentencing, a 3 point reduction if at least 11 defendants change their plea to guilty, and a 4 point reduction if at least 14 defendants change their plea to guilty.

4. At the time of preparing this Stipulation, at least 6 defendants have changed their plea to guilty and it is anticipated that another 2 or more will change their plea to guilty in the upcoming 30 days.

5. To secure the benefit of the minimum 2 point reduction contemplated in the Plea Agreement, the parties are seeking to continue sentencing 30 days.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For the above-stated reasons, the ends of justice would best be served by a continuance of the current sentencing hearing (30) days.

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the Defendant herein the opportunity to benefit from a contemplated reduction in total offense level.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for July 16, 2018 at 11:00 a.m. is hereby vacated and reset to August 27, 2018, at the hour of 9:00 a.m.

IT IS SO ORDERED.

DATED this 6th day of July, 2018.

_____
U.S. DISTRICT JUDGE